IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

**RICK R. RUBY**                                                                                          **PLAINTIFF**

**V.**                          **CASE NO: 4:10CV00067 BSM HDY**

**GIVENS** *et al.*,                                                                                  **DEFENDANTS**

## ORDER

The court has reviewed the recommended disposition submitted by Magistrate Judge H. David Young. No objections have been filed. After carefully reviewing the recommended disposition and reviewing the record *de novo*, it is concluded that the recommended disposition should be, and hereby is, approved and adopted in its entirety in all respects.

Accordingly, plaintiff's complaint is DISMISSED WITHOUT PREJUDICE for failure to comply with Local Rule 5.5(c)(2), and failure to respond to the court's February 17, 2010, order (Doc. No. 4). Additionally, it is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from any order adopting these recommendations would not be taken in good faith.

IT IS SO ORDERED this 6th day of May, 2010.

_____
UNITED STATES DISTRICT JUDGE