**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

**RICK R. RUBY**                                                                               **PLAINTIFF**

**V.**                 **CASE NO: 4:10CV00067 BSM HDY**

**GIVENS** *et al.*                                                                    **DEFENDANTS**

## JUDGMENT

Consistent with the order that was entered on this date, it is considered, ordered, and adjudged, that this case is hereby DISMISSED without prejudice. Further, it is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from the order and judgment issued in this case would not be considered taken in good faith.

IT IS SO ORDERED this 6th day of May, 2010.

_____
UNITED STATES DISTRICT JUDGE